UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTON,<br><br>        Plaintiff,<br><br>    v.<br><br>,<br><br>        Defendant. | Case No. 23-cv-02614-JD<br><br>**ORDER RE DISMISSAL** |

Plaintiff, a Texas state prisoner acting pro se, filed a civil rights action under 42 U.S.C. § 1983. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 17, 2023

JAMES DONATO
United States District Judge